# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THERESA NADEAU, | Case No. 1:17-cv-00658-AWI-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 12) |
| FORD MOTOR COMPANY, | AUGUST 29, 2017 DEADLINE |
| Defendant. | |

On June 29, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before August 29, 2017.

IT IS SO ORDERED.

Dated: **June 30, 2017**

UNITED STATES MAGISTRATE JUDGE